UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANNA W. WALL,<br><br>        Plaintiff,<br><br>SPOKANE COUNTY, WASHINGTON, *et al.*,<br><br>        Defendants. | No. CV-07-076-CI<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS |

Pursuant to the Stipulated Motion to Dismiss,

**IT IS ORDERED** that the Motion **(Ct. Rec. 32)** is **GRANTED.** The above-entitled action shall be dismissed with prejudice and without costs. The District Court Executive is directed to close the file.

DATED May 30, 2008.

                      S/ CYNTHIA IMBROGNO
                UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION TO DISMISS - 1